[No. 15569–5–I. Division One. April 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN EUGENE BELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00752–1, Robert E. Dixon, J., entered November 30, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Grosse, JJ.

[No. 14839–7–I. Division One. April 21, 1986.]

TREVOR W. MURRAY, *Appellant,* v. VIRGINIA MURRAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–05618–7, Frank J. Eberharter, J., entered May 10, 1984. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 14001–9–I. Division One. April 21, 1986.]

HAROLD LEEVERS, *Respondent,* v. JOHN GRAHAM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–10484–0, William C. Goodloe, J., entered November 7, 1983. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.